**Recommendation Terminating Probation/Supervised Release
Prior to Expiration Date**

# UNITED STATES DISTRICT COURT

### FOR THE

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | |
| ) | Docket No: 1:11CR00077 |
| JESUS ALFREDO QUEZADA-DIAZ ) | |
| ) | |

**LEGAL HISTORY:**

On August 19, 2009, the above-named was placed on ( ) Probation / ( **X** ) Supervised Release for a period of 3 years, in reference to the offense of 8 USC 1324(a)(1)(A)(v)(I), (a)(1)(A)(ii) and (a)(1)(B)(I), Conspiracy to Transport Illegal Aliens for Profit. Supervision commenced on November 16, 2010. Special conditions included a requirement for: warrantless search.

**SUMMARY OF COMPLIANCE:**

Mr. Quezada-Diaz has complied with all conditions and special conditions of Probation/Supervised Release, and has not been involved in any further criminal activities. It is the opinion of the probation officer that probationer/supervisee has derived maximum benefit from supervision and is not in need of continued supervision.

Re:     **JESUS ALFREDO QUEZADA-DIAZ**
        Docket No.:   1:11CR00077
        **RECOMMENDATION TERMINATING
        PROBATION/SUPERVISED RELEASE
        <u>PRIOR TO EXPIRATION DATE</u>**

**<u>RECOMMENDATION</u>:**

It is, therefore, respectfully recommended that Probation/Supervised Release in this case be terminated early.

                        Respectfully submitted,

                        /s/ Frank Esquivel

                        **FRANK ESQUIVEL
                        Senior United States Probation Officer**

Dated:      May 7, 2013
            Bakersfield, California
            FE:dk


                /s/ Thomas A. Burgess
**REVIEWED BY:**  _____
                **THOMAS A. BURGESS
                Supervising United States Probation Officer**

cc:     AUSA (NAME) - Unassigned
        (Pursuant to Rule 32, notice of proposed relief to the probationer/supervisee is being provided.  If no objection is received from you within 14 days, the probation officer's Recommendation and Prob35 - Report and Order Terminating Probation/Supervised Release Prior to Expiration Date, will be submitted to the Court for approval.)

IT IS SO ORDERED.

**Dated:   May 7, 2013**            **/s/  Lawrence J. O'Neill**
                            UNITED STATES DISTRICT JUDGE